IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD BLECHA,

Defendant.

8:12CR132

ORDER FOR DISMISSAL

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 60) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 40). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion (Filing No. 60) is granted and the Petition for Offender Under Supervision (Filing No. 40) is dismissed.

Dated this 19th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge